**ORIGINAL**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In re:                                            Case No: 4:2023-bk-90010

PARTY CITY CORPORATION                            Chapter: 11

_____/                        United States Courts
Debtor (s)                                        Southern District of Texas
                                                  FILED

                                                  JAN 30 2023

### REQUEST FOR NOTICES

Nathan Ochsner, Clerk of Court

I HEREBY FILE this Request for Notices on behalf of creditor, KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR, and request that he is provided with copies of all further notices and pleadings filed herein.

Name to be added to the Matrix as follows:

> Jennifer Francis, Legal Support and Collections Specialist, CFCA
> KEN BURTON, JR., Manatee County Tax Collector
> 1001 3RD Ave W, Suite 240
> Bradenton, FL 34205-7863
> Phone: 941.741.4832
> Facsimile: 941.708.4934
> e-mail: legal@taxcollector.com

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was delivered by U.S. Mail this 25th day of January, 2023 to the following:

Debtor:         PARTY CITY CORPORATION
                100 TICE BLVD, WOODCLIFF LAKE, NJ 07677

Attorney for Debtor:   JOHN F HIGGINS, IV
                       1000 MAIN ST, STE 3600, HOUSTON, TX 77002-6336

Trustee:        US TRUSTEE
                515 RUSK AVE, STE 3516, HOUSTON, TX 77002

/s/Jennifer Francis
Jennifer Francis, Legal Support Collections Specialist, CFCA
KEN BURTON, JR., TAX COLLECTOR
MANATEE COUNTY, FLORIDA
1001 3rd Ave W, Suite 240
Bradenton, FL 34205-7863
(941) 741-4832