UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

| | |
|---|---|
| In re: | CHAPTER 11 |
| PARTY CITY CORPORATION, | CASE NO. 23-90010 (DRJ) |
| | **Jointly Administered** |
| Debtor._____/ | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Robert M. Quinn of Carlton Fields, P.A. enters his appearance as counsel for **Pensacola Commons, LLC.** Undersigned counsel respectfully requests that copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered cause be served upon **Robert M. Quinn, Carlton Fields, P.A., Post Office Box 3239, Tampa, Florida 33601-3239.**

/s/ Robert M. Quinn
Robert M. Quinn (FBN 305898)
E-mail: rquinn@carltonfields.com
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133

*Attorney for Pensacola Commons, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

/s/ Robert M. Quinn
Robert M. Quinn
Florida Bar No. 305898

132043631.1