UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| Party City Corporation, ) | No. 23-90010 DRJ |
| ) | *Jointly Administered* |
| ) | |
| Party City Holdco Inc., ) | No. 23-90005 DRJ |
| ) | *Lead Case* |
| ) | |
| Debtors. ) | Chapter 11 |
| ) | |

NOTICE OF WITHDRAWAL OF CLAIM

Pursuant to Fed. R. Bankr. P. 3006, the Tennessee Dept. of Revenue withdraws the following claim:

Amount of Post-Petition Claim:    $197,046.54
Date Claim Filed:                 January 27, 2023
Claims Agent Number:              2

Respectfully submitted,

JONATHAN SKRMITTI
Tennessee Attorney General

/s/ Stephen R. Butler
Stephen R. Butler, BPR #014772
Senior Counsel
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee  37202
ph: (615) 532-8718
fax: (615) 741-3334
Email: agbanktexas@ag.tn.gov
Attorney for the TDOR

CERTIFICATE OF SERVICE

I do hereby certify that, on April 26, 2023, a true and exact copy of the foregoing Withdrawal of TDOR Claim was duly served upon all parties of record who receive notice electronically via the U.S. Bankruptcy Court's CM/ECF system.

/s/ Stephen R. Butler
Stephen R. Butler