**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **PARTY CITY CORPORATION,**[1] | § | **CASE NO. 23-90010 (DRJ)** |
| **Debtors.** | § | |
| | § | |
| | | **(Jointly Administered)** |

**STRATUS UNLIMITED, LLC'S NOTICE**
**OF WITHDRAWAL OF PROOF OF CLAIM**
**[Relates to Claim No. 37-1]**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 3006, Stratus Unlimited, LLC ("*Stratus*") withdraws its proof of claim, Claim No. 37-1, filed in the case styled *In re Party City Corporation*, case no. 23-90010, pending in the United States Bankruptcy Court for the Southern District of Texas, Houston division (the "*Stratus POC*"). No objection to the Stratus POC has been filed. The Stratus POC is not the subject of an adversary proceeding in any of the jointly administered cases (collectively the "*Case*"), and Stratus is not a party to an adversary proceeding in this Case. Stratus has not objected to or voted on any plan filed by the Debtors or otherwise meaningfully participated in this Case.

---

[1]Jointly administered under case number 23-90005 in the case styled In re: Party City Holdco, Inc. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Party City Holdco Inc. (9758); Amscan Custom Injection Molding, LLC (4238); Amscan Inc. (1359); Amscan Purple Sage, LLC (3514); Am-Source, LLC (8427); Anagram Eden Prairie Property Holdings LLC (8309); Party City Corporation (3692); Party City Holdings Inc. (3029); Party Horizon Inc. (5812); PC Intermediate Holdings, Inc. (1229); PC Nextco Finance, Inc. (2091); PC Nextco Holdings, LLC (7285); Print Appeal, Inc. (5932); and Trisar, Inc. (0659).

DATED this 8th day of May 2023.

Respectfully submitted,

By:/s/ Lisa A. Powell
Lisa A. Powell
State Bar No. 16204215
FISHERBROYLES, LLP
2925 Richmond Ave.
Suite 1200
Houston, Texas 77098
(713) 955-3302
(713) 488-9412 (Fax)
lisa.powell@fisherbroyles.com

**ATTORNEYS FOR STRATUS
UNLIMITED, LLC**

## <u>CERTIFICATE AND VERIFICATION OF SERVICE</u>

I hereby certify and verify that on this 8th  day of May 2023, a true and correct copy of the foregoing was transmitted via the Clerk's ECF system on all counsel of record.

/s/ Lisa A. Powell
Lisa A. Powell