UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

| | | |
|---|---|---|
| In Re: | ) | Case No. 23-90010 (DRJ) |
| | ) | |
| PARTY CITY CORPORATION, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Ramon Corrias hereby withdraws his Proof of Claim No. 997 filed on March 21, 2023 with the Court claims agent, Kroll Restructuring Administration, in the amount of $50,000.00 or more/unknown – personal injury lawsuit.

Dated the 25th day of August, 2023.

                Respectfully Submitted

                /s/   David L. Campbell
                David L. Campbell
                State Bar No.:  03698500
                Eli Pierce
                State Bar No.:  24092972
                Underwood Perkins, P.C.
                5420 LBJ Freeway, Suite 1900
                Dallas, Texas 75240
                Telephone:  (972) 788-3319
                Facsimile:  (972) 661-5691
                dcampbell@uplawtx.com
                epierce@uplawtx.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and copy of the foregoing pleading was served on all parties of record through the CM/ECF filing system.

Signed this 25th day of August, 2023.

                /s/ David L. Campbell
                David L. Campbell