UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **Party City Corporation,** | ) | No. 23-90010 DRJ |
| | ) | *Jointly Administered* |
| | ) | |
| **Party City Holdco Inc.,** | ) | No. 23-90005 DRJ |
| | ) | *Lead Case* |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

### NOTICE OF WITHDRAWAL OF CLAIM

Pursuant to Fed. R. Bankr. P. 3006, the Tennessee Dept. of Revenue withdraws the following claim:

| | |
|---|---|
| Amount of Post-Petition Claim: | $124,134.00 |
| Date Claim Filed: | May 2, 2023 |
| Claims Agent Number: | 69 |

Respectfully submitted,

JONATHAN SKRMITTI
Tennessee Attorney General

/s/ Stephen R. Butler
Stephen R. Butler, BPR #014772
Senior Counsel
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee  37202
ph: (615) 532-8718
fax: (615) 741-3334
Email: agbanktexas@ag.tn.gov
Attorney for the TDOR

### CERTIFICATE OF SERVICE

I do hereby certify that, on September 8, 2023, a true and exact copy of the foregoing Withdrawal of TDOR Claim was duly served upon all parties of record who receive notice electronically via the U.S. Bankruptcy Court's CM/ECF system.

/s/ Stephen R. Butler
Stephen R. Butler